[No. 67724-1-I.   Division One.   July 16, 2012.]

*In the Matter of the Detention of* A.C.

Appeal from a judgment of the Superior Court for King County, No. 11-6-02323-5, Catherine D. Shaffer, J., entered September 9, 2011. *Dismissed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Schindler, JJ.

[Nos. 40940-2-II; 40949-6-II.   Division Two.   July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRELL DAVON NATHAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS EARL WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01695-1, Bryan E. Chushcoff, J., entered July 9, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 41369-8-II.   Division Two.   July 17, 2012.]

ELAINE MATTHEWS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-16078-9, Stephanie A. Arend, J., entered October 1, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.